UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                           **ORDER**
                            Criminal File No. 24-141 (MJD/ECW)

DARIUS DESHAWN JACKSON,

      Defendant.

David P. Steinkamp, Assistant United States Attorney, Counsel for Plaintiff.

Robert A. Lengeling, Law Office of Robert A. Lengeling, PLLC, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Elizabeth Cowan Wright dated November 15, 2024. (Doc. 43.) Defendant filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated November 15, 2024 **[Doc. 43]**; and

2. Defendant's Motion to Suppress **[Doc. 22]** is **DENIED**.

Dated:  December 30, 2024                    s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court